UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 98-1153-CIV-GOLD/BROWN

SIRIT TECHNOLOGIES,

        Plaintiff,

vs.

ABLE TELCOM HOLDING, CORP.,

        Defendant.
_____/

FILED _____ D.C.

JAN 24 2000

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA. MIAMI

## SECOND ORDER RESETTING TRIAL AND PRETRIAL CONFERENCE DATES

This Cause came before the Court *sua sponte*. The Court having determined that a conflict exists with the Court's calendar, it is

ORDERED AND ADJUDGED,

1. The Pretrial Conference is rescheduled to **March 10, 2000 at 10:30 a.m.** The Pretrial Stipulation shall be due on or before **February 10, 2000.**

2. The Trial is rescheduled to commence for the two week trial period beginning, **April 10, 2000 at 9:00 a.m.**, before the Honorable Alan S. Gold, United States District Court Judge, 301 N. Miami Ave., 10th Floor, Miami, Florida. The Calendar Call is scheduled for **April 5, 2000 at 1:30 p.m.**

3. All requirements in the Court's previous Scheduling Order, not revised herein, or by court order, shall remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of January, 2000.

                        ALAN S. GOLD
                        UNITED STATES DISTRICT JUDGE

Copies furnished:
*U.S. Magistrate Judge Andrea Simonton*
**(via telefax to counsel)**
**Humberto Ocariz, Esq. (561) 655-5677**
Tew, Cardenas, Rebak, Kellogg, et al.
201 S. Biscayne Blvd.
Miami Center-26th Floor
Miami, FL 33131



98CV1153.Trial

**James Cox, Esq. (404) 815-2424**
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308-2222
**Roberto Martinez, Esq. (305) 374-4796**
Colson, Hicks, Eidson, Colson, et al.
200 S. Biscayne Blvd., 47th Floor
Miami, FL 33131
**Steven E. Chaykin, Esq. (305) 579-1229**
Hanzman, Criden, Korge, Chaysin, et al.
200 S. Biscayne Blvd., #2100
Miami, FL 33131