UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MINUTES - CIVIL TRIAL

HONORABLE **ALAN S. GOLD**, PRESIDING

DATE **04/11/2000** Day # **1**   CASE NO. **98-1153-CIV-GOLD**   RPTR **Joseph Millikan**

PARTIES: Sirit Technologies,

VS.

Able Telcom Holdings, Corp., et. al.

| PLTF ATTORNEYS | DEFT. ATTORNEYS |
|---|---|
| Steven Chaykin, Esquire | James Cox, Esq. |
| Roberto Martinez, Esquire | Brian Sullivan, Esq. |

**9:00 am** — Trial commenced - Jury/~~XXXXXXXXX~~ ~~resumed~~

/___/ Statement of case to jury - voir dire

/ ✓ / Jury impaneled & sworn

1. *See attached list.*
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

FILED by [signature] D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

/ ✓ / PROSPECTIVE JUROR QUESTIONNAIRE ATTACHED.

/ ✓ / Trial continued until **Wed. 4/12/00** at **9:00** am/~~pm~~

/___/ Jury returned verdict in favor of _____. Se verdict form.

/___/ Court trial continued to _____ at _____ am/pm/

/___/ Court trial concluded. Case taken under advisement. Briefing schedule as follows: Pltf's due _____ Deft's due _____ Reply due _____

233 dk



1) 306. Q 961170144 HANNA JENNIFER-DORO
2) 320. 6 961176107 HERNANDEZ ADRIANA CARID
3) 378. Q 961205276 KELLY GWENDELL
4) 375. Q 961203264 KANE MICHAEL A
5) 556. Q 961310102 POTTINGER DALE CHRISTOP
6) 527. Q 961291958 PARR ALAN MICHAEL
7) 407. Q 961227398 LOPEZ CARLOS ALBERT
8) 396. Q 961219316 LEMUS ADA E
9) 25. Q 961012828 AMAYA NELSON S

Case No: 98-1153-CIV-Gold
Commenced:
Attendance:


Terminated:

## PROSPECTIVE JURORS

**Note: You will be asked to provide the information presented in response to the following questions during the jury selection process. Please review these questions carefully:**

1. State your name and age.

2. In which area of Miami-Dade County do you reside? How long have you lived in Florida?

3. What is your present occupation? How long have you worked in that occupation? If retired, how long have you been retired? What was your last major occupation? Are you, or have you ever been, a supervisor or manager of other persons in your past or present jobs? How many people did you supervise?

4. What was your last formal education? If you have had formal education beyond high school, what schools did you attend? Have you had "on the job training" in a major field of study, or has your employer sent you for additional training in a major field? If so, please explain.

5. Have you ever been involved in owning and/or running a business? If so, what type of business was it? What was your role? Is the business still open?

6. As a result of your education or business experience, do you have any specialized knowledge of accounting or finance?

7. Are you married? Single? Divorced?

8. If married, is your spouse presently employed? What is his or her occupation? If retired, what was his or her last major occupation? Has he or she ever been a manager or supervisor of other persons?

9. If you are not married, but you have a significant other, what is his or her occupation?

10. Do you have adult children (over the age of 18 years old) who are employed? If so, what is his or her occupation and where is he or she employed?

11. Have you ever served on a jury before? Was it a criminal or civil jury? Were you the foreperson? Were you able to reach a verdict? Is there anything about your prior jury service which would cause you to be concerned that you cannot serve fairly and impartially here?

12. Do you have any close friends who are attorneys or who are otherwise associated with the civil justice system? Would these relationships in any way affect your ability to be fair and impartial in this case? Conversely, do you have any opinions about attorneys or our system of civil justice, which you believe may affect or interfere with your ability to serve fairly and impartially as a juror in this case?

13. Do you have any legal training?

14. Have you [or someone close to you] ever been a litigant in any type of administrative or judicial proceeding? More specifically, have you ever sued anyone or have you ever been sued by anyone? Would these events affect your ability to be fair and impartial as a juror here?

If so, at side bar, I shall need to discuss the following matters. What was the lawsuit about? Were you the plaintiff or the defendant? Did the case go to trial or was it settled? If the case went to trial, was it before a jury? Do you think you were treated fairly by the jury? Were you represented by an attorney? Do you think your attorney did a good or bad job for you? Was there anything about your experience which could affect your ability to be fair and impartial as a juror in this case?

15. Have you, or has anyone close to you, ever testified as a witness in any administrative or judicial proceeding? Have you ever given a deposition under oath in any administrative or judicial proceeding? In this regard, have you ever testified as an "expert witness" in any such proceedings?

If so, at side bar, I shall need to discuss the following matters with you. What kind of trial was it? How did you feel about cross-examination? Was there anything about your experience which could affect your ability to be fair and impartial about this case?

16. Have you, or someone close to you, ever been involved in any type of business deal which fell through for any reason? Do you feel you were treated fairly or unfairly in that matter? Did it result in litigation or was litigation threatened?

17. What is your favorite hobby?

18. Have you ever been convicted of a felony, such as to lose your civil rights, and, if so, have your civil rights been restored by order of a court?

19. Please tell us which organizations you currently belong to, or have belonged to, in the last five years.

20. Given the little you know about this case, have you, or has anyone close to you, ever had any prior experience which you think may influence you in any way in terms of being fair and impartial here? I have asked everyone generally, but let me ask you personally. Do you have any opinions about either the Plaintiff or the Defendant? If so, would these opinions affect your ability to serve fairly and impartially?

21. Is there any reason why you cannot give this case your full attention?

22. Is there anything I did not ask you, that I should have asked you, which would affect your ability to serve fairly and impartially as a juror in this case?